1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | KYLE R. RATLIFF
Special Assistant U.S. Attorney
3 | 412 TW/JA
1 South Rosamond Blvd.
4 | Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887
5 |
6 | Attorneys for Plaintiff

7 | UNITED STATES DISTRICT COURT
8 | EASTERN DISTRICT OF CALIFORNIA

9 | UNITED STATES OF AMERICA,        )   Citation No.  6553236
                                    )
10 |             Plaintiff,          )   GOVERNMENT'S MOTION AND
                                    )   PROPOSED ORDER FOR DISMISSAL
11 | v.                              )
                                    )
12 | DANA M. COWE,                   )
                                    )
13 |             Defendant           )

14 | The United States of America, by and through Phillip A. Talbert, Acting United States

15 | Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss

16 | Citation Number 6553236 against DANA M. COWE without prejudice in the interest of justice,

17 | pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

18 |

19 | Dated:  March 2, 2017              Respectfully Submitted,
                                        Phillip A. Talbert
20 |                                    Acting United States Attorney
21 |
22 |                        By:         *[signature]*
                                        Kyle R. Ratliff
23 |                                    Special Assistant United States Attorney

24 |
25 |

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 6553236 against DANA M. COWE be dismissed without prejudice, in the interest of justice.

Dated:       March 2, 2017

_____
HON. JENNIFER L. THURSTON
United States Magistrate Judge